UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KLEIN, et al.,<br><br>          Plaintiffs,<br>vs.<br><br>CITY OF SAN CLEMENTE, et al.,<br><br>          Defendants. | CASE NO. CV-07-03747-AHM<br><br>ORDER GRANTING PRELIMINARY INJUNCTION<br><br>JUDGE:  Hon. A. Howard Matz<br>ROOM:   14 |

      On October 2, 2009, the United States Court of Appeals for the Ninth Circuit remanded this case to this Court for issuance of a preliminary injunction to enjoin enforcement of San Clemente Municipal Code section 8.40.130, which prohibits persons from placing leaflets on vehicles.

      Having heard and considered the arguments of all the parties, the Court of Appeals concluded that this Court should grant plaintiffs a preliminary injunction based on the following grounds:  (1) that the record does not support a finding that City's anti-litter ordinance was narrowly tailored to serve a significant government interest, (2) that the ongoing violation of plaintiffs' right to express their political beliefs constitutes irreparable injury, (3) that the public interest strongly favors enforcing free speech principles, and (4) that the balance of equities tip sharply in

favor of enjoining the ordinance. <u>Klein v. City of San Clemente</u>, 2009 U.S. App. LEXIS 21642, 29-30 (9th Cir. 2009) (published opinion).

It is therefore ORDERED that the City of San Clemente, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with the City, including all public agencies and public agency employees providing law enforcement services to the City, are enjoined and restrained from enforcing San Clemente Municipal Code section 8.40.130, pending a trial on the merits of this action or until a further order of this Court.

**IT IS SO ORDERED.**

DATED: November 20, 2009

_____
Hon. A. Howard Matz, Judge of the U.S. District Court, Central District of California