JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUN 21 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

STEVE KLEIN, et al.,

      Plaintiffs,
vs.

CITY OF SAN CLEMENTE,

      Defendant.

CASE NO. CV-07-03747-AHM (FMOx)

**JUDGMENT**

    This Court filed an Order, dated June 10, 2010, granting in part and denying in part plaintiffs' motion for summary judgment and granting City's motion for partial summary judgment. As a result, judgment is hereby entered in accordance with that Order.

    Based on this Order, it is **ORDERED, ADJUDGED, AND DECREED** as follows:

    <u>Claim 1:</u>    That San Clemente Municipal Code § 8.40.130 violates the free speech rights of the First Amendment of the United States Constitution.

    <u>Claim 2:</u>    That San Clemente Municipal Code § 8.40.130 violates the right to speak freely of Article I, Section 2 of the California Constitution.

    <u>Claim 3:</u>    That the City of San Clemente deprived each plaintiff of civil rights guaranteed by the U.S. Constitution, violating the Civil Rights Act, 42 U.S.C. § 1983.

    <u>Claim 4:</u>    That the City of San Clemente did not violate plaintiffs' rights under the California Bane Act, Cal. Civ. Code § 52.1.

It is **FURTHER ORDERED** that plaintiffs have judgment against defendant, City of San Clemente, on the third claim for the sum of one dollar per plaintiff (for a total of ten dollars) as nominal damages, for costs in an amount to be determined after submission of appropriate documentation as provided by the local rules of this Court, and fees as allowed by law.

It is **FURTHER ORDERED** that plaintiffs take nothing against defendant, City of San Clemente, on the fourth claim.

*It is FURTHER ORDERED that Defendants' objections to the "[Proposed] Judgment" are overruled.*

Having heard and considered the arguments of all the parties, the Court finds that it should grant plaintiffs a permanent injunction for the following reasons: (1) that the record does not justify the speech restriction of San Clemente Municipal Code § 8.40.130 and does not support a finding that the ordinance is narrowly tailored to serve the goal of preventing litter, (2) that the ongoing violation of the right to engage in speech constitutes irreparable injury, (3) that the public interest strongly favors enforcing free speech principles, and (4) that the balance of equities tip sharply in favor of enjoining the ordinance.

It is therefore **FURTHER ORDERED** that the City of San Clemente, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with the City, including all public agencies and public agency employees providing law enforcement services to the City, are permanently enjoined and restrained from enforcing San Clemente Municipal Code § 8.40.130.

DATED: June 21, 2010

_____
Honorable A. Howard Matz, Presiding
United States District Court Judge